# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL E. SULLIVAN, | * |
| Plaintiff | * |
| v. | *   CIVIL NO. JKB-13-0595 |
| SHERIFF MICHAEL EVANS, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court are Defendant Sheriff Michael Evans's motion to dismiss (ECF No. 7) and Plaintiff Michael E. Sullivan's motion for leave to file an amended complaint (ECF No. 10). The Court has considered them and Defendant's consent to Plaintiff's motion (ECF No. 13). No hearing is necessary. Local Rule 105.6 (D. Md. 2011). Accordingly, it is hereby ORDERED:

1. Plaintiff's motion (ECF No. 10) is GRANTED.

2. Plaintiff shall REFILE his amended complaint, but omit his month and day of birth in paragraph 13.

3. The Clerk shall seal ECF Nos. 10-1 and 10-2 because they contain Plaintiff's date of birth.

4. Defendant's motion to dismiss (ECF No. 7) is DENIED AS MOOT.

DATED this 21 day of May, 2013.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge